CECELIA L. SLATER et al., as Executors of JOHN SLATER, Deceased, Appellants and Respondents, *v.* JAMES SLATER, Individually and as Executor of JOHN SLATER, Deceased, Respondent and Appellant, Impleaded with Another.

(Submitted June 1, 1903; decided June 5, 1903.)

MOTION to amend remittitur. (See 175 N. Y. 143.)

Motion granted and remittitur ordered returned for amendment in accordance with the opinion, form of amendment to be settled on notice by O'BRIEN, J.

---

HENRY MUHLKER, Respondent and Appellant, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants and Respondents.

(Submitted June 1, 1903; decided June 5, 1903.)

MOTION to amend remittitur. (See 173 N. Y. 549.)

Motion granted and remittitur ordered recalled in order that there may be inserted therein the clauses necessary to make the remittitur in this case the same as the remittiturs in the cases of *Kriete, O'Neil* and *Scholz* against this defendant, decided June 2, 1903.